```
                  UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                       FORT SMITH DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.        CASE NO. 00cr-20061-001

JAMES LINKOUS                                               DEFENDANT

<u>ORDER</u>

Currently before the court is Defendant's Motion (Doc. 93) seeking to reduce his sentence and the Government's Response (Doc. 94).

The court's authority to modify a defendant's sentence is limited to specific instances where Congress has expressly granted the court jurisdiction to do so. *United States v. Blackwell*, 81 F.3d 945 (10th Cir. 1996). Title 18, Section 3582(c) of the United States Code provides three instances in which a court may modify a defendant's sentence: (1) upon motion by the Director of the Bureau of Prisons; (2) as permitted by statute or Rule 35 of the Federal Rules of Criminal Procedure; (3) upon a subsequent lowering of a guideline sentencing range.

Defendant does not contend that any of these three instances apply in his case but asks the Court to modify his sentence pursuant to its inherent authority. The Court has no inherent power to modify Defendant's sentence unless he meets one of the instances in Title 18, Section 3582(c), and the Court finds that Defendant does not meet any of those instances. Therefore, the

Court lacks jurisdiction to modify Defendant's sentence.  Upon due consideration, the motion is hereby DENIED.

IT IS SO ORDERED this 19th day of March 2009.

<pre>
                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge
</pre>